### Minnie Lee Perkins v. The State.

No. 4679.    Decided November 7, 1917.

**Vagrancy—Corporation Court—County Court—Jurisdiction.**

Where, upon trial of vagrancy, defendant was convicted in the Corporation Court, and appealed to the County Court, where he was again convicted, and fined less than $100, he could not appeal to this court, and the same must be dismissed.

Appeal from the County Court of Dallas County at Law. Tried below before the Hon. T. A. Work.

Appeal from a conviction of vagrancy; penalty, a fine of fifty dollars. The opinion states the case.

No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

MORROW, Judge.—This appeal is from a conviction for the offense of vagrancy, the judgment assessing a fine of $25.

The case was filed in the Corporation Court of the City of Dallas and there tried, and upon conviction appeal was prosecuted to the County Court at Law, where the trial resulted as above stated.

The State, through the Assistant Attorney General, suggests the want of jurisdiction in this court to entertain this appeal, calling attention to article 87, C. C. P., wherein it is provided that cases appealed from inferior courts to the County Court, and the judgment there rendered consisting of a fine of less than one hundred dollars, are not appealable to this court. A number of cases are cited in Vernon's C. C. P., p. 47, sustaining this contention.

The appeal is, therefore, dismissed.

*Dismissed.*